Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorney for Defendant Howard Chueh*



FILED & ENTERED

MAY 23 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>HOWARD CHUEH,<br><br>    Debtor.<br><br>JULIE WANG,<br><br>    Plaintiff.<br><br>vs.<br><br>HOWARD CHUEH,<br><br>    Defendant. | Case No. 8:24-bk-13121-SC<br><br>Chapter 7<br><br>Adv. Pro. No. 8:25-ap-01118-SC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE**<br><br>Date: July 1, 2025<br>Time: 1:30 pm<br>Place: 411 West Fourth Street, Santa Ana CA<br>Courtroom: 5C |

The Court having reviewed and considered the Stipulation to Continue Initial Status Conference ("Stipulation") entered into by and between Defendant, Howard Chueh ("Defendant"), and Plaintiff, Julie Wang ("Plaintiff"), and good cause appearing therefor:

///

///

**IT IS HERBY ORDERED:**

**1.** Based upon the Stipulation and good cause appearing therefor, the Stipulation is **GRANTED.**

**2.** The Status Conference scheduled for June 3, 2025, at 1:30 p.m. is **continued to July 1, 2025 at 1:30 PM**. A status report is due 14 days in advance.

**IT IS SO ORDERED.**

### 

Date: May 23, 2025

Scott C. Clarkson
United States Bankruptcy Judge