Jeffrey J. Neslund
**LAW OFFICES OF JEFFREY J. NESLUND**
134 N. laSalle Street, Suite 444
Chicago, IL 60602
Telephone: (312) 223-1100
Email:neslundlaw@yahoo.com

G. Michael Jackson
**JONES, DAVIS & JACKSON, P.C.**
25350 Magic Mountain Parkway, Suite 300
Valencia, CA 91355
Telephone: (661) 481-2220
Facsimile:  (661) 836-7711
Email: mjackson@jonesdavis.com

Attorneys for Julie Wang



FILED & ENTERED

MAR 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

CHANGES MADE BY COURT

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

IN RE:

| | | |
|---|---|---|
| HOWARD CHUEH, | ) | Case No. 8:24-BK-13121-SC |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| _____ | )_____ | |
| JULIE WANG, | ) | |
| | ) | Adversary No.  8:25-ap-01118-SC |
| Plaintiff | ) | |
| | ) | |
| **V.** | ) | **Status Conference and Scheduling Order** |
| | ) | **Pursuant to LBR 7016-1(a)(4)** |
| | ) | |
| HOWARD CHUEH, | ) | Date: 3/17/26 |
| | ) | Time: 1:30 P.M. |
| Defendant | ) | Place: 4111 West Fourth Street, |
| | ) | Santa Ana, CA Courtroom 5C |

1.  A status conference took place on the date and time indicated above.

2.  Parties and counsel were present as reflected in the court record.

3.  The Scheduling Order is as follows:

  a.  The last date for pre-trial, non-discovery motions to be heard and resolved is:
  **July 17, 2026**.

b.  The last day for discovery to be completed, including receiving responses to discovery requests and the date by which all discovery motions must be heard and resolved, is: **June 19, 2026.**

c.  A joint proposed pre-trial stipulation must be filed and lodged 14 days before the pretrial conference, which is: **July 21, 2026.**

**d.** A pre-trial conference is set for **August 4, 2026 at 1:30 p.m.**

**e.** The parties are to cooperate and follow all applicable local and federal rules. The failure to do so may subject the offending party to monetary and/or non-monetary sanctions.

**IT IS SO ORDERED.**

Date: March 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2